**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000687**
**05-FEB-2026**
**08:24 AM**
**Dkt. 14 OGMD**

NO. CAAP-25-0000687

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


DEAN OTSUKI, Plaintiff/Counterclaim Defendant-Appellee,
and
SUZANNE FRAZER, Plaintiff/Counterclaim Defendant-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF KOKO ISLE, and through its
Board of Directors; VICENTE T. DYDASCO,
Defendants/Counterclaimants-Appellees,
and
M&R ROOFING AND RAINGUTTERS, LLC;
Defendants/Counterclaimant-Appellee,
and
JOHN DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10; DOE LIMITED LIABILITY COMPANIES 1-10; DOE
DOMESTIC NON-PROFIT CORPORATIONS 1-10; and DOE GOVERNMENTAL
ENTITIES 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC171001726)


ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of self-represented Plaintiff/
Counterclaim Defendant-Appellant Suzanne Frazer's December 10,
2025 Stipulation for Dismissal of Appeal, which the court

construes as a motion to dismiss the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 42(a), the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, February 5, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge